CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

450 Golden Gate Ave, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7073
Michael.Starrett@usdoj.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLENY MAXIMILIANO GUERRA,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | Case No. 3:26-cv-07281-JD<br><br>**STATEMENT ON HABEAS BRIEFING SCHEDULE AND ~~[PROPOSED]~~ ORDER** |

1. The Court's order (Dkt. No. 13) instructed the parties to meet and confer with respect to a briefing schedule for the habeas petition (Dkt. No. 1).

2. As ordered, the parties have met and conferred and jointly propose the following case schedule:

Respondents' return: October 26, 2026

Petitioner's traverse: December 10, 2026

//

//

//

//

DATED: August 28, 2026.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney
*Attorneys for Respondents*

DATED: August 28, 2026.

Respectfully submitted,

STINSON LLP

/s/ *Zoey M. Surdis*
ZOEY M. SURDIS
*Attorney for Petitioner*

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' agreement in the briefing schedule statement it is hereby ORDERED that Respondents shall file their return on or before October 26, 2026. Petitioner shall file her traverse on or before December 10, 2026.

DATED: October 8, 2026

THE HONORABLE JAMES DONATO
United States District Judge